Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 18–22458–JNP
    Chapter: 13
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles J. Zimmerman
   200 Boston Avenue
   Egg Harbor Township, NJ 08234–6923

Social Security No.:
   xxx–xx–4307

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 3/16/21 at 11:00 AM

to consider and act upon the following:

*31* – Motion to Sell 200 Boston Avenue, Egg Harbor Township, NJ 08234 Filed by Lee Abt on behalf of Charles J. Zimmerman. Hearing scheduled for 2/16/2021 at 11:00 AM at JNP – Courtroom 4C, Camden. (Attachments: # 1 Certification of Debtor in Support of Motion to Permit Sale of Real Property # 2 Statement as to Why No Brief is Necessary A––Contract for Sale of Real Property of Debtor # 3 Exhibit B––Mortgage Payoff Statement # 4 Proposed Order) (Abt, Lee)

Dated: 2/11/21

                                                 Jeanne Naughton
                                                 Clerk, U.S. Bankruptcy Court