UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **CHARLES J. ZIMMERMAN**                    Case No.: 18-22458-JNP
                                                    Chapter:   13
                                                    Judge:   Jerrold N. Poslusny, Jr.

_____
**NOTICE OF PROPOSED PRIVATE SALE**
_____

**CHARLES J. ZIMMERMAN,** Debtor herein, in this case proposes to sell property of the estate to the persons and on the terms described below.  If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of Clerk:  Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, P.O. Box 2067, Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on Tuesday March 16, 2021, at 11:00 AM at the United States Bankruptcy Court, courtroom no. 4C, Mitchell H. Cohen Court House, 400 Cooper Street, Fourth Floor, Camden, NJ 08101. (Hearing date must be at least 28 days from the date of this notice.)  If no objection to the sale is filed, the Clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  200 Boston Avenue, Egg Harbor Township, NJ 08234

Proposed Purchaser:  Kyle Glass

Sale Price:    $229,000.00 [$2,000.00 deposit, balance at closing of title]

 XX   Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Listing realtor for debtor is  Berger Realty, agent Theresa Maina, 3160 Asbury Avenue, Ocean City, NJ 08226.   The selling broker/realtor for purchaser is Soleil Sotheby's International Realty, 8502 Ventnor Avenue, Margate, NJ 08402

Amount to be paid:  Commission is 5% of the gross sales price of $229,000.00 for a total commission of $11,450.00, with this commission to be split equally between the listing realtor and the selling broker/realtor for purchaser.

Services rendered:  Listing of property; assistance with the preparation of property for listing and sale, showing of the property, marketing of the property, evaluating offers, assistance with contract, assistance with pre-closing issues and preparation, and attendance and assistance at closing of the sale.

The sale of this property is subject to a mortgage lien held by Nationstar, d/b/a Mr. Cooper, with an approximate mortgage lien balance of about $213,207.77 as of 1/24/21.  This lien is to be paid in full at closing on 4/15/21. After payment of the aforementioned real estate commissions of $11,450.00, the aforementioned mortgage payoff of $213,207.77, and estimated closing costs of $4,000.00, the net proceeds left for Debtor is estimated to be about only $342.23 as of the closing.  Debtor has available homestead exemptions of $15,225.00 to more than cover this small amount of net proceeds of sale. Debtor requests that both realtors and normal closing costs be

paid from the proceeds of the sale. Debtor will continue making his plan payments under his Chapter 13 plan as may be modified with court approval after this sale. Debtor's bankruptcy attorney has a legal fee of $500 and costs of $50 for the motion to permit sale of this property. Debtor requests that his bankruptcy attorney's motion fee and costs be paid outside the plan and apart from closing.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and request for additional information directed to:

Lee Abt, Esquire
Attorney for Debtor
3747 Church Road, Suite 102
Mt. Laurel, New Jersey 08054
PHONE: 856-914-5100

                /s/ Lee Abt
SUBMITTED BY: _____ POSITION:  Debtor's Attorney
                LEE ABT, ESQ.

DATED:  2/10/21

United States Bankruptcy Court

District of New Jersey

In re:  
Charles J. Zimmerman  
    Debtor

Case No. 18-22458-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 11, 2021      Form ID: pdf905      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charles J. Zimmerman, 200 Boston Avenue, Egg Harbor Township, NJ 08234-6923 |
| 517602286 | + | Attorney General of the U.S., Dept. of Justice, RE: Internal Revenue Service, Constitution Ave & 10th Street NW, Washington, DC 20530-0001 |
| 517602291 | | GEICO, One Geico Plaza, Bethesda, MD 20811-0001 |
| 517602295 | + | Mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 517641721 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 |
| 517640415 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |
| 517602296 | + | Nationstar, dba Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518638757 | + | Select Portfolio Servicing, Inc., Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517602300 | + | Shapiro & DeNardo LLC, 14000 Commerce Parkway, Ste B, Mount Laurel, NJ 08054-2242 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2021 22:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2021 22:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517602287 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 22:28:13 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517602288 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 22:28:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671421 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 22:28:12 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517602290 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Feb 11 2021 22:28:41 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 517602289 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Feb 11 2021 22:28:41 | Exeter Finance Corp, Po Box 166097, Irving, TX 75016-6097 |
| 517602294 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2021 22:09:00 | IRS, 1040 Waverly Drive, Holtsville, NY 00501 |
| 517602298 | | Email/Text: paula.tilley@nrsagency.com | Feb 11 2021 22:08:00 | Natiowide Recovery Service, Attn: Bankruptcy, Po Box 8005, Cleveland, TN 37320 |
| 517602297 | | Email/Text: paula.tilley@nrsagency.com | Feb 11 2021 22:08:00 | Natiowide Recovery Service, Po Box 8005, Cleveland, TN 37320 |
| 517602299 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 11 2021 22:43:55 | Regional Acceptance Corp., P.O. Box 830913, Birmingham, AL 35283-0913 |
| 517622348 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 11 2021 22:43:55 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

| Recip ID | | | |
|---|---|---|---|
| 517654140 | Email/Text: paula.tilley@nrsagency.com | Feb 11 2021 22:08:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, P.O. BOX 8005, CLEVELAND, TN 37320-8005 |
| 518536090 | + Email/Text: jennifer.chacon@spservicing.com | Feb 11 2021 22:11:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518536091 | + Email/Text: jennifer.chacon@spservicing.com | Feb 11 2021 22:11:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517602292 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 517602293 | * | IRS, Attn: Special Procedures, P.O. Box 744, Springfield, NJ 07081-0744 |
| 517631902 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Abt | on behalf of Debtor Charles J. Zimmerman leeabt2@verizon.net r40016@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Select Portfolio Servicing Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                                    User: admin                                    Page 3 of 3
Date Rcvd: Feb 11, 2021                          Form ID: pdf905                                Total Noticed: 24
TOTAL: 7