UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

Lee Abt, Esquire
Princeton Place
3747 Church Road, Suite 102
Mt. Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)
_____

**Order Filed on March 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No. 1**8-22458-JNP** |
| **CHARLES J. ZIMMERMAN,** | Hearing Date: 3/16/21 AT 11:00 AM |
| | Judge: Jerrold N. Poslusny, Jr. |
| | Chapter 13 |
| Debtors. | |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form:     ____ Followed     __XX__ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: March 16, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's Motion for authorization to sell the real property commonly known as 200 Boston Avenue, Egg Harbor Township, New Jersey 08234, (the Real Property),

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. Sections 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the Real Property unless the liens are otherwise avoided by court order. Until such satisfaction the Real Property is not free and clear of liens.

**OR**: __XX__ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtors' attorneys upon further order of this court.

3.. Other closing fees payable by the Debtors may be satisfied from the proceeds

of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $105,225.00 claimed as exempt may be paid to the Debtor if net proceeds of sale are available, up to this amount.

6. The  _N/A_ *balance of proceeds* or the _N/A_ *balance due on the Debtors' Chapter 13 Plan* must be paid to the Chapter 13 Standing Trustee in the Debtors' case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee 7 days after closing.

8. _XX_ The Debtor must file a modified Chapter 13 Plan and amended Schedules

I and J within 10 days of the date of this order.

9. Other provisions:  Debtor shall continue making all payments required under his Chapter 13 plan.  Debtor is authorized to pay the usual and necessary costs and expenses of settlement and the real estate commissions not to exceed five (5%) percent of the gross sales price. Debtor's counsel shall be allowed a legal fee of $500, plus $50 for costs, for a total of $550, for representation in connection with this motion, which is to be paid outside the plan.  The 14-day stay provisions of Fed.R.Bankr.P. 6004(h) are hereby waived.