UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

Lee Abt, Esquire
Princeton Place
3747 Church Road, Suite 102
Mt. Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)

Order Filed on March 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

In Re:                                    Case No. **18-22458-JNP**

**CHARLES J. ZIMMERMAN,**                 Hearing Date: 3/16/21 AT 11:00 AM

                                          Judge: Jerrold N. Poslusny, Jr.

                                          Chapter 13

            Debtors.
_____

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ____ Followed | __XX__ Modified |

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: March 16, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's Motion for authorization to sell the real property commonly known as 200 Boston Avenue, Egg Harbor Township, New Jersey 08234, (the Real Property),

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. Sections 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the Real Property unless the liens are otherwise avoided by court order. Until such satisfaction the Real Property is not free and clear of liens.

**OR**: XX Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtors' attorneys upon further order of this court.

3.. Other closing fees payable by the Debtors may be satisfied from the proceeds

of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $15,225.00 claimed as exempt may be paid to the Debtor, if net proceeds of sale are available, up to this amount.

6. The _N/A_ *balance of proceeds* or the _N/A_ *balance due on the Debtors' Chapter 13 Plan* must be paid to the Chapter 13 Standing Trustee in the Debtors' case.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee 7 days after closing.

8. _XX_ The Debtor must file a modified Chapter 13 Plan and amended Schedules

I and J within 10 days of the date of this order.

9. Other provisions: Debtor shall continue making all payments required under his Chapter 13 plan. Debtor is authorized to pay the usual and necessary costs and expenses of settlement and the real estate commissions not to exceed five (5%) percent of the gross sales price. Debtor's counsel shall be allowed a legal fee of $500, plus $50 for costs, for a total of $550, for representation in connection with this motion, which is to be paid outside the plan. The 14-day stay provisions of Fed.R.Bankr.P. 6004(h) are hereby waived.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-22458-JNP |
| Charles J. Zimmerman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Charles J. Zimmerman, 200 Boston Avenue, Egg Harbor Township, NJ 08234-6923 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Abt | on behalf of Debtor Charles J. Zimmerman leeabt2@verizon.net r40016@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Select Portfolio Servicing Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

TOTAL: 7