Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−22458−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles J. Zimmerman
   200 Boston Avenue
   Egg Harbor Township, NJ 08234−6923

Social Security No.:
   xxx−xx−4307

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 21, 2018.

On 4/1/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             May 5, 2021
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 1, 2021
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-22458-JNP
Charles J. Zimmerman                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                         Page 1 of 2
Date Rcvd: Apr 01, 2021                      Form ID: 185                                        Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charles J. Zimmerman, 200 Boston Avenue, Egg Harbor Township, NJ 08234-6923 |
| 517602286 | + | Attorney General of the U.S., Dept. of Justice, RE: Internal Revenue Service, Constitution Ave & 10th Street NW, Washington, DC 20530-0001 |
| 517602291 | | GEICO, One Geico Plaza, Bethesda, MD 20811-0001 |
| 517602295 | + | Mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 517641721 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 |
| 517640415 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |
| 517602296 | + | Nationstar, dba Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518536090 | + | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518536091 | + | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr. Salt Lake City, UT 84119-3284 |
| 518638757 | + | Select Portfolio Servicing, Inc., Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517602300 | + | Shapiro & DeNardo LLC, 14000 Commerce Parkway, Ste B, Mount Laurel, NJ 08054-2242 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 01 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 01 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517602287 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 00:13:51 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517602288 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 00:26:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671421 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 00:26:56 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517602290 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Apr 02 2021 00:01:30 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 517602289 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Apr 02 2021 00:01:30 | Exeter Finance Corp, Po Box 166097, Irving, TX 75016-6097 |
| 517602294 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2021 21:56:00 | IRS, 1040 Waverly Drive, Holtsville, NY 00501 |
| 517602298 | | Email/Text: paula.tilley@nrsagency.com | Apr 01 2021 21:55:00 | Natiowide Recovery Service, Attn: Bankruptcy, Po Box 8005, Cleveland, TN 37320 |
| 517602297 | | Email/Text: paula.tilley@nrsagency.com | Apr 01 2021 21:55:00 | Natiowide Recovery Service, Po Box 8005, Cleveland, TN 37320 |
| 517602299 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 02 2021 00:27:58 | Regional Acceptance Corp., P.O. Box 830913, |

Case 18-22458-JNP    Doc 45    Filed 04/03/21    Entered 04/04/21 00:26:03    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: 185 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Birmingham, AL 35283-0913 |
| 517622348 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | Apr 02 2021 00:27:58 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 517654140 | Email/Text: paula.tilley@nrsagency.com | | Apr 01 2021 21:55:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, P.O. BOX 8005, CLEVELAND, TN 37320-8005 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517602292 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 517602293 | * | IRS, Attn: Special Procedures, P.O. Box 744, Springfield, NJ 07081-0744 |
| 517631902 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Apr 03, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Lee Abt | on behalf of Debtor Charles J. Zimmerman leeabt2@verizon.net r40016@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Select Portfolio Servicing Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7