Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−22458−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles J. Zimmerman
   200 Boston Avenue
   Egg Harbor Township, NJ 08234−6923

Social Security No.:
   xxx−xx−4307

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 16, 2021.

Dated: June 16, 2021
JAN: cmf

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 18-22458-JNP

Charles J. Zimmerman      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Jun 16, 2021    Form ID: plncf13    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Charles J. Zimmerman, 200 Boston Avenue, Egg Harbor Township, NJ 08234-6923 |
| 517602286 | + | Attorney General of the U.S., Dept. of Justice, RE: Internal Revenue Service, Constitution Ave & 10th Street NW, Washington, DC 20530-0001 |
| 517602291 | | GEICO, One Geico Plaza, Bethesda, MD 20811-0001 |
| 517602295 | + | Mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 517641721 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 |
| 517640415 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |
| 517602296 | + | Nationstar, dba Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518536090 | + | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518536091 | + | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Select Portfolio Servicing, Inc., 3217 S. Decker Lake Dr. Salt Lake City, UT 84119-3284 |
| 518638757 | + | Select Portfolio Servicing, Inc., Denise Carlon Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517602300 | + | Shapiro & DeNardo LLC, 14000 Commerce Parkway, Ste B, Mount Laurel, NJ 08054-2242 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517602287 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 20:52:31 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517602288 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 20:52:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517671421 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 20:52:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517602290 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Jun 16 2021 20:53:03 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 517602289 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Jun 16 2021 20:53:03 | Exeter Finance Corp, Po Box 166097, Irving, TX 75016-6097 |
| 517602294 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 20:47:00 | IRS, 1040 Waverly Drive, Holtsville, NY 00501 |
| 517602298 | | Email/Text: paula.tilley@nrsagency.com | Jun 16 2021 20:46:00 | Natiowide Recovery Service, Attn: Bankruptcy, Po Box 8005, Cleveland, TN 37320 |
| 517602297 | | Email/Text: paula.tilley@nrsagency.com | Jun 16 2021 20:46:00 | Natiowide Recovery Service, Po Box 8005, Cleveland, TN 37320 |

| 517602299 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 16 2021 20:52:44 | Regional Acceptance Corp., P.O. Box 830913, Birmingham, AL 35283-0913 |
| 517622348 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 16 2021 20:52:44 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 517654140 | Email/Text: paula.tilley@nrsagency.com | Jun 16 2021 20:46:00 | SHORE MEDICAL CENTER, C/O NATIONWIDE RECOVERY SERVICE, P.O. BOX 8005, CLEVELAND, TN 37320-8005 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517602292 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 517602293 | * | IRS, Attn: Special Procedures, P.O. Box 744, Springfield, NJ 07081-0744 |
| 517631902 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

**Name** | **Email Address**

Denise E. Carlon
on behalf of Creditor Select Portfolio Servicing Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Lee Abt
on behalf of Debtor Charles J. Zimmerman leeabt2@verizon.net r40016@notify.bestcase.com

Rebecca Ann Solarz
on behalf of Creditor Select Portfolio Servicing Inc. rsolarz@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7